ORIGINAL

FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

ZACHARY J. RAY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Zachary.Ray@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR17-00055 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INFORMATION |
| vs. | ) | |
| | ) | 40 U.S.C. 1315(c); |
| ANDREW K. POE, | ) | 32 C.F.R. 634.25(f), |
| | ) | H.R.S. § 431:10C-104 |
| Defendant. | ) | Citation No.: 6436905/H-11 |
| | ) | |
| | ) | A & P Date:  24 Jan 17 |

INFORMATION

The United States Attorney charges that:

On or about November 23, 2016, on Aliamanu Military Reservation, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ANDREW K. POE, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED:     January 19, 2017    , Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By /s/ ZACHARY J. RAY
ZACHARY J. RAY
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. ANDREW K. POE
CR. No.
Citation No.: 6436905/H-11
"INFORMATION"