# MINUTES

CASE NUMBER: CR 17-00055KJM

CASE NAME: UNITED STATES OF AMERICA v. ANDREW K. POE

ATTY FOR PLA: Steven C. Higgins, SAUSA

ATTY FOR DEFT: no appearance

JUDGE: Richard L. Puglisi    REPORTER: FTR - C6

DATE: January 24, 2017    TIME: 9:26 a.m. - 9:27 a.m.

COURT ACTION: EP:    ARRAIGNMENT AND PLEA

Defendant is not present, not in custody.

Arraignment and Plea not held.

Dismissed by the Government. The Government shall prepare an order.

Submitted by: Mary Feria, Courtroom Manager