ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 01 2017

at ____ o'clock and 20 min ____ M.
SUE BEITIA, CLERK

ZACHARY J. RAY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Zachary.Ray@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      vs.                     )<br>                              )<br> __Andrew K. Poe__ ,          )<br>                              )<br>            Defendant.        )<br>_____) | CR. NO. __17-00055 KJM__<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE<br><br><br>Cit. No.: __6436905/H-11__<br><br>A & P Date: __24 Jan 17__ |

ORDER FOR DISMISSAL WITHOUT PREJUDICE

    Good cause appearing, the United States Attorney hereby requests the court to dismiss the charge against __Andrew K. Poe__, issued __November 23,__, on the grounds that the Defendant was driving someone else's vehicle and was

//

//

unaware that the insurance card had expired, which was in the vehicle (Good Faith Defense).

The defendant is not in custody on the dismissed charge listed above.

Dated: __January 24, 2017__, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By _____
ZACHARY J. RAY
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of court is granted for the filing of the foregoing dismissal without prejudice.
APPROVED AND SO ORDERED:

_____          JAN 3 1 2017
UNITED STATES MAGISTRATE JUDGE        DATED

U.S. vs. __Andrew K. Pae__
CR. No.: __6436905 / H-11__
Cit. No. __CR 17-00055 KJM__
"Order for Dismissal Without Prejudice"

2